**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jakeivan Pulley, Appellant.

Appellate Case No. 2012-209848

———————

Appeal From Laurens County
Roger L. Couch, Circuit Court Judge

———————

Unpublished Opinion No. 2014-UP-008
Submitted November 1, 2013 – Filed January 8, 2014

———————

**APPEAL DISMISSED**

———————

Appellate Defender Kathrine Haggard Hudgins, of
Columbia; and Jakeivan Pulley, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.